UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>vs.<br><br>KEVIN JETER,<br>*Defendant*. | )<br>)<br>)<br>)  No. 7:23-cr-00883-DCC-12<br>)<br>)<br>) |

### MOTION FOR DETENTION HEARING

Comes now Defendant Kevin Jeter and would show the Court as follows:

1. At Mr. Jeter's arraignment, the Government moved for detention, and Mr. Jeter temporarily consented with leave to request a contested hearing in the future. [Dkt. 93].

2. Mr. Jeter now respectfully requests that the Court schedule a detention hearing.

3. Undersigned counsel has conferred with the assigned AUSA about scheduling. If consistent with the Court's schedule, the parties would suggest May 10 as the hearing date.

Dated: April 30, 2024

    Respectfully submitted,

    KEVIN JETER

    s/Howard W. Anderson III
    Howard W. Anderson III
    D.S.C. Bar #11456

TRULUCK THOMASON LLC
3 Boyce Ave
Greenville, SC 29601
864-331-1751
howard@truluckthomason.com

1

## CERTIFICATE OF SERVICE

    I, Howard W. Anderson III, certify that I filed a copy of the foregoing paper using the Court's CM/ECF system, which will deliver a copy to all counsel of record except for the following, whom I have this day served by U.S. Mail:

    n/a

<u>s/Howard W. Anderson III</u><br>
Howard W. Anderson III<br>
D.S.C. Bar #11456