IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 7:23-883 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN JETER | ) | <u>ELEMENTS</u> |
| a/k/a "Coop" | ) | |

## **ELEMENTS & PENALTIES**
## <u>Count 1</u>

A. There was an agreement between two or more persons to possess with intent to distribute and to distribute controlled substances, that is cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, as charged in Count 1;

B. The defendant knowingly and voluntarily participated in or became part of this agreement; and

C. The defendant distributed a quantity of the controlled substances equal to or in excess of the amount charged in Count 1, agreed to assist in the distribution of a quantity of the controlled substances equal to or in excess of the amount charged in Count 1, or the distribution of the threshold quantity of the controlled substances equal to or in excess of the amount charged in Count 1 was reasonably foreseeable to the defendant and the same was within the scope of the defendant's agreement and understanding, that is a quantity of cocaine and heroin.

Penalty, 21 U.S.C. § 841(b)(1)(C)

*Without a prior qualifying conviction:*
Imprisonment: up to 20 years
Supervised Release: not less than 3 years and up to Life
Fine: $1,000,000.00
Special Assessment: $100.00

*With a prior qualifying conviction:*
Imprisonment: up to 30 years
Supervised Release: not less than 6 years and up to Life
Fine: $2,000,000.00
Special Assessment: $100.00