IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

**UNITED STATES OF AMERICA**

**VS**  CR NO. <u>7:23CR883-DCC-12</u>

**KEVIN JETER**

**PLEA**

The defendant, **<u>KEVIN JETER</u>**, pleads **GUILTY** to Count 1 of the **indictment**.

_____
(Signed) Defendant

Spartanburg, South Carolina
May 20, 2024